**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH EVANS, | ) | NO. SACV 12-01758 DDP (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E. VALENZUEAL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 5, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE